IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LARRY DOUGLAS ADAMS, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
VS. § NO. 4:12-CV-490-A
　　　　　　　　　　　　　　§
Carolyn W. Colvin, §
Acting Commissioner of the §
Social Security Administration, §
　　　　　　　　　　　　　　§
　　　　Defendant. §

## ORDER

Before the court for consideration are the proposed findings and conclusions and the recommendation of the United States Magistrate Judge in the above-captioned action. For the reasons stated below, the court accepts the recommendation of the magistrate judge to affirm the decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying disability insurance benefits and supplemental security income benefits to plaintiff, Larry Douglas Adams.

This action was initiated on July 17, 2012, by the filing of a complaint asking for a review and reversal of a denial by defendant of benefits. Consistent with the court's normal practices, the matter was referred to the magistrate judge for review and the issuance of proposed findings and conclusions and a recommendation for disposition. On October 24, 2012, the

magistrate judge ordered that the case be treated as an appeal. After having considered the record and the briefs and pleadings of the parties, on August 14, 2013, the magistrate judge issued his proposed findings and conclusions and his recommendation that the decision of defendant denying benefits to plaintiff be affirmed.

The magistrate judge granted the parties until August 28, 2013, to serve and file written objections to his proposed findings and conclusions and his recommendation. Neither party filed an objection. Nevertheless, the court has made an informed final determination. See Mathews v. Weber, 423 U.S. 261, 271 (1976). After having reviewed the filings of the parties, pertinent parts of the record, the magistrate judge's proposed findings and conclusions and his recommendation, and applicable legal authorities, the court has decided to accept the magistrate judge's recommendation and to adopt his proposed findings and conclusions. By this order, the court does so.

Therefore,

The court ORDERS that the decision of defendant that plaintiff is not entitled to a period of disability or disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 416(i) and 423, respectively, and that he is not eligible for

supplemental security income under the Act, 42 U.S.C. §§ 1382 and 1382c, be, and is hereby, affirmed.

SIGNED September 13, 2013.

_____
JOHN McBRYDE
United States District Judge